IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERVIS JERMAINE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-CV-580-RAH |
| | ) | |
| HEATH TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On November 29, 2022, the Magistrate Judge entered a Recommendation that this case should be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). (Doc. 5.) On December 9, 2022, Plaintiff Jervis Jermaine Brown filed an Objection. (Doc. 6.)

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 5) is ADOPTED.

2. The Objection (Doc. 6) is OVERRULED.

3. This case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE, on this the 28th day of December, 2022.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE